DINKINS, Appellant, v. WEBER et al., Respondents. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Thomas W. Dinkins against L. Lawrence Weber and another. C. Goldzier, for appellant. G. E. Joseph, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

DIX, Appellant, v. WATERMAN, Respondent. (Supreme Court, Appellate Division, Third Department. November 11, 1908.) Action by Gertrude A. T. Dix against Louise H. Waterman.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
KELLOGG and COCHRANE, JJ., dissent.

DOJAHN, Appellant, v. SCHOMAKER, Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Frank Dojahn against Herman Schomaker. No opinion. Judgment of the Municipal Court affirmed, with costs, on the ground that the evidence does not present a question for the jury as to the liability of the owner of the premises.

DUGGAN, Respondent, v. DUGGAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 4, 1908.) Action by Edward L. Duggan against Eva R. Duggan. No opinion. Interlocutory and final judgments and order affirmed, without costs.

EASTLAND, Respondent, v. ANDREWS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1908.) Action by Mary A. Eastland, as administratrix, etc., against Frank F. Andrews. No opinion. Judgment and order affirmed, with costs.

EICHWALD v. ROYAL BANK OF NEW YORK. (Supreme Court, Appellate Term. December 16, 1908.) Appeal from Municipal Court, Borough of Manhattan, Eleventh District. Action by Jacob Eichwald against the Royal Bank of New York. From a judgment for defendant, after a trial without a jury, plaintiff appeals. Reversed, and new trial ordered. Ward V. Tolbert, for appellant. Samuel Packhard, for respondent.
PER CURIAM. The testimony of the witness Levine that he told the president of the defendant bank that he was having repairs made on the property, especially when taken in connection with the affidavits used in opposing the motion for a receivership, sufficiently showed the authority of Levine to bind the defendant, to the extent, at least, of the surplus rents received, to the payment of the plaintiff's claim for the repairs he did on the property. This was the view of the court taken heretofore in a similar case on substantially the same facts. The judgment should be reversed, and a new trial ordered, with costs to the appellant to abide the event.

ELDREDGE, Appellant, v. GREENBERG, Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1908.) Action by Frank M. Eldredge against Max Greenberg. No opinion. Judgment of the Municipal Court affirmed, with costs.

ELDRIDGE, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1908.) Action by Earl B. Eldridge against William C. Carr.
PER CURIAM. Judgment affirmed, with costs.
McLENNAN, P. J., and WILLIAMS, J., dissent, on the ground that the plaintiff was guilty of contributory negligence as matter of law.

ELDRIDGE, Respondent, v. CARR, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 2, 1908.) Action by Earl B. Eldridge against William C. Carr. No opinion. Motion for leave to appeal to Court of Appeals denied, without costs.

ELECTRICAL ACCESSORIES CO. v. MITTENTHAL. (Supreme Court, Appellate Division, First Department. November 27, 1908.) Action by the Electrical Accessories Company against Samuel S. Mittenthal. No opinion. Motion granted, and question certified. Order filed.

ENSLEY, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1908.) Action by Nellie I. Ensley against the Interborough Rapid Transit Company. No opinion. Motion denied, with costs.

FAREWELL v. ROBINSON. (Supreme Court, Appellate Division, First Department. November 13, 1908.) Action by George E. Farewell against Frank B. Robinson. No opinion. Motion denied, on terms stated in order. Order filed.

FARRELL, Respondent, v. FARRELL, Appellant. (Supreme Court, Appellate Division, First Department. December 11, 1908.) Action by Louis L. Farrell against William J. Farrell. G. W. Wingate, for appellant. E. J. McGuire, for respondent. No opinion. Order affirmed, with $10 costs and disbursements, without prejudice to application for commission on written interrogatories. Order filed.

FARWELL, Respondent, v. SCHLAGER, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1908.) Action by Almyra B. Farwell against Adelbert J. Schlager. No opinion. Judgment affirmed, with costs.

FEIST v. WEINGARTEN BROS. PRICE v. WESTERN DISTILLERY CO. COHEN v. KOSTER. (Supreme Court, Appellate Division, First Department. November 13, 1908.)